

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00076-CV

**IN THE INTEREST OF J.D.R., A CHILD**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02916
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to May 31, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court